| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Elizabeth Deeley (SBN 230798)<br>Montgomery Street, Suite 2000<br>San Francisco, CA 941111-6538<br>Tel: 415.391.0600 / Fax: 415.395.8095<br>Email: elizabeth.deeley@lw.com<br><br>Colleen C. Smith (SBN 231216)<br>12670 High Bluff Drive<br>San Diego, California 92130<br>Tel: 858.523.5400 / Fax: 858.523.5450<br>Email: colleen.smith@lw.com | **LATHAM & WATKINS LLP**<br>Roman Martinez<br>(pending admission *Pro Hac Vice*)<br>Daniel Meron<br>(pending admission *Pro Hac Vice*)<br>Charles S. Dameron<br>(pending admission *Pro Hac Vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Tel: 202.637.2200 / Fax: 202.637.2200<br>Email: roman.martinez@lw.com<br>Email: daniel.meron@lw.com<br>Email: charles.dameron@lw.com |

Attorneys for Defendant,
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CORRELL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and DOES 1-10<br><br>Defendants. | CASE NO. 3:21-cv-01833-BTM-MDD<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Judge: Hon. Barry Ted Moskowitz<br><br>Action Filed: October 28, 2021 |

Plaintiff Jonathan Correll ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this joint motion for a briefing schedule and extension of the deadline for Defendant to respond to the complaint. In support of this motion, the Parties state as follows:

WHEREAS, on October 28, 2021, Plaintiff filed a complaint (Dkt. 1) captioned *Correll v. Amazon.com, Inc. et al.*, Case No. 3:21-cv-01833, a purported class action raising claims under California's Unruh Civil Rights Act, which was assigned to Judge Barry Ted Moskowitz and Magistrate Judge Mitchell D. Dembin; and

WHEREAS, the Parties believe that good cause exists to extend the time for Defendant to respond to Plaintiff's Complaint and set the briefing schedule outlined below for Defendant's anticipated motion to dismiss. Undersigned counsel for Defendant was retained on December 7, 2021. This case raises important and potentially far-reaching questions about whether the Unruh Act bars any kind of reference to or preference for minority-owned businesses. Defendant's counsel requires additional time to investigate these issues and others raised in the Complaint. For those reasons, as well as the upcoming end-of-year holidays, the Parties agree that an extension of the deadline for Defendant to respond to the Complaint is warranted.[1]

NOW THEREFORE, subject to this Court's approval, the Parties, by and through counsel, hereby agree and jointly move for an order as follows:

1. Defendant's deadline for responding to Plaintiff's Complaint is extended to February 9, 2022;

2. Should Defendant file a motion to dismiss, Plaintiff shall file any response by April 9, 2022, and Defendant shall file any reply by May 9, 2022.

---

[1] By filing this Motion, Defendant does not waive any defenses relating to jurisdiction and venue, other than with regard to the sufficiency of service of process.

**IT IS SO STIPULATED.**

Dated:  December 9, 2021                    **LATHAM & WATKINS LLP**

By /s/Elizabeth Deeley

Elizabeth Deeley (SBN 230798)
Montgomery Street, Suite 2000
San Francisco, CA 941111-6538
Tel:  415.391.0600 / Fax: 415.395.8095
Email:  elizabeth.deeley@lw.com

Colleen C. Smith (SBN 231216 )
12670 High Bluff Drive
San Diego, California  92130
Telephone:  858.523.5400
Facsimile:  858.523.5450
Email:  colleen.smith@lw.com

Roman Martinez
(pending admission Pro Hac Vice)
Daniel Meron
(pending admission Pro Hac Vice)
Charles S. Dameron
(pending admission Pro Hac Vice)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel:  202.637.2200 / Fax: 202.637.2200
Email:  roman.martinez@lw.com
Email:  daniel.meron@lw.com
Email:  charles.dameron@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated:  December 9, 2021                    By: /s/Greg Adler

**GREG ADLER P.C.**
Greg Adler (SBN 234142)
39899 Balentine Drive Suite 200
Newark, CA 94560
Telephone: 844.504.6587
Facsimile: 469.807.8878
Email: greg@adler.law

*Attorneys for Plaintiff Jonathan Correll*

## ECF CERTIFICATION

I, Elizabeth Deeley, hereby certify that the content of this Joint Motion To Extend Time To Respond to Complaint and Set Briefing Schedule is acceptable to all parties who are required to sign this Joint Motion.  Counsel for the Jonathan Correll authorized me to affix their CM/ECF electronic signature to this Joint Motion.

Dated:  December 9, 2021                                LATHAM & WATKINS LLP


By:   /s/Elizabeth Deeley
           Elizabeth Deeley
           *Attorney for Defendant*
           *Amazon.com., Inc.*