# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CORRELL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and DOES 1-10,<br><br>Defendants. | CASE NO. 3:21-cv-01833-BTM-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br>**(ECF No. 35)** |

1   On November 28, 2023, the parties filed a Joint Motion of Dismissal with
2   Prejudice. (Dkt. 35). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
3   this action is **DISMISSED WITH PREJUDICE** in its entirety. Each party will
4   bear their own costs and attorneys' fees.

5   **IT IS SO ORDERED.**

7   Dated: November 30, 2023

   _____
   HON. BARRY TED MOSKOWITZ
   UNITED STATES DISTRICT JUDGE